UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY ALLEGRETTI,<br><br>   Plaintiff,<br><br>   v.<br><br>GRIMMWAY ENTERPRISES, INC.,<br><br>   Defendant. | Case No. 1:24-cv-01454-CDB<br><br>ORDER GRANTING APPLICATION OF SETH LITTLE TO PRACTICE *PRO HAC VICE*<br><br>(Doc. 4) |

The Court has considered the application of Seth Little, attorney for Plaintiff Emily Allegretti, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2). (Doc. 4). In light of the application and for good cause appearing, the application for admission to practice *pro hac vice* is HEREBY GRANTED.

The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **December 9, 2024**                                          
                                                     UNITED STATES MAGISTRATE JUDGE