UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY ALLEGRETTI,<br><br>   Plaintiff,<br><br>   v.<br><br>GRIMMWAY ENTERPRISES, INC, d/b/a Grimmway Farms,<br><br>   Defendant. | Case No. 1:24-cv-01454-KES-CDB<br><br>ORDER GRANTING APPLICATION OF ANGELA M. SPIVEY TO PRACTICE *PRO HAC VICE*<br><br>(Doc. 11)<br><br>ORDER GRANTING APPLICATION OF ANDREW G. PHILLIPS TO PRACTICE *PRO HAC VICE*<br><br>(Doc. 12) |

The Court has considered the applications of Angela M. Spivey and Andrew G. Phillips, attorneys for Defendant Grimmway Enterprises, Inc., for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2).  (Docs. 11, 12).  In light of the applications and for good cause appearing, the applications for admission to practice *pro hac vice* are HEREBY GRANTED.

The *pro hac vice* attorneys are DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **January 31, 2025**                         _____
                                                    UNITED STATES MAGISTRATE JUDGE