UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY ALLEGRETTI,<br><br>          Plaintiff,<br><br>     v.<br><br>GRIMMWAY ENTERPRISES, INC, d/b/a Grimmway Farms,<br><br>          Defendant. | Case No. 1:24-cv-01454-KES-CDB<br><br>ORDER GRANTING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>(Doc. 14)<br><br>ORDER VACATING FEBRUARY 25, 2025, SCHEDULING CONFERENCE<br><br>(Doc. 3) |

**Background**

Plaintiff Emily Allegretti ("Plaintiff") initiated this action with the filing of a complaint against Defendant Grimmway Enterprises, doing business as Grimmway Farms ("Defendant"), on November 27, 2024. (Doc. 1). Defendant was served with the complaint on December 13, 2024. (*Id.* ¶ 2). On January 2, 2025, the Court granted the parties' first stipulated request to extend time for Defendant to respond to the complaint to February 7, 2025. (Doc. 8).

**Pending Stipulated Request**

Pending before the Court is the parties' second stipulated request to extend by 30 additional days the time for Defendant to respond to the complaint, through and including March 10, 2025, and to vacate the February 25, 2025, scheduling conference, filed on February 6, 2025. (Doc. 9). The parties represent good caust exists for the requested continuance because the parties have met

and conferred regarding the allegations in the complaint and are engaging in ongoing good faith negotiations in an effort to resolve this case and conserve the parties' and the Court's resources. (*Id.* ¶ 5). The parties further represent there is good cause to vacate the scheduling conference because they are engaged in discussion which may resolve the underlying case and in the event the case proceeds, a scheduling conference would be more efficient and productive if held after any motions directed at the pleadings are resolved and the pleadings are settled. (*Id.* ¶ 8).

### Conclusion and Order

Good cause appearing, IT IS HEREBY ORDERED:

1. Defendant shall have until **March 10, 2025**, to respond to the complaint by filing an answer or other responsive pleading. *See* Local Rule 144(a); and

2. The scheduling conference set for February 25, 2025 (Doc. 3) is continued to **March 31, 2025**, at 9:00AM.

IT IS SO ORDERED.

Dated: **February 6, 2025**

UNITED STATES MAGISTRATE JUDGE